# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1377**                                               September Term, 2024

EPA-89FR83296

Filed On: January 22, 2025 [2095776]

International Liquid Terminals Association,

    Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 24-1379, 24-1380

## O R D E R

Upon consideration of petitioners' joint unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and these consolidated cases are hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings by July 15, 2025.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Catherine J. Lavender
                Deputy Clerk